UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.   Case No.: 1:25−cv−01285
Honorable Lindsay C. Jenkins

State of Illinois, et al.
Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: In person initial status hearing set for April 15, 2025 at 9:00 a.m. in Courtroom 2119. Initial Status Report shall be filed by April 8, 2025. The report should comply with the requirements set forth in the Initial Status Report standing order, which can be found at Judge Jenkins's web page @ (http://www.ilnd.uscourts.gov, "District Judges", to "Judge Lindsay Jenkins", to "Initial Status Hearings" under Case Management Procedures"). The parties must follow all the standing orders for Judge Jenkins and all Local Rules, which can be found at the same web page. At the Initial Status hearing, the parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary (with specific dates) to get the case ready for trial; and (3) whether the parties jointly consent to proceed before the Magistrate Judge. At the Initial Status Hearing, the Parties shall be prepared to inform the Court about the extent of monetary damages in order for the Court to address the proportionality of discovery as required by Fed. R. Civ. P. 26. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.