**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ILLINOIS, et al., <br><br> Defendants. | Case No. 25-cv-1285 <br> Judge Lindsay C. Jenkins |

**STATE OF ILLINOIS AND GOVERNOR PRITZKER'S UNOPPOSED MOTION FOR LEAVE TO FILE A 25-PAGE MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT**

Defendants State of Illinois and JB Pritzker, in his official capacity as Governor of Illinois, respectfully move the Court for leave to file a 25-page memorandum in support of their motion to dismiss the complaint:

1. On February 6, 2025, the United States filed a three-count complaint against the State of Illinois and Governor Pritzker asserting that the Illinois TRUST Act, 5 ILCS 805, is preempted by federal immigration laws (Count I), discriminates against the federal government (Count II), and unlawfully regulates the federal government (Count III).

2. The United States also asserts these claims against the City of Chicago, Cook County, and various city and county officials based on those jurisdictions' analogous ordinances.

3. The United States served the State of Illinois and Governor Pritzker on February 7, 2025, which means that their deadline for serving a responsive pleading is February 28, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

4. The State of Illinois and Governor Pritzker intend to move to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. Local Rule 7.1 provides: "Neither a motion nor brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master, shall exceed 15 pages without prior approval of the court."

6. The United States' complaint raises multiple constitutional claims against the democratically enacted law of a sovereign State. The State of Illinois and Governor Pritzker intend to vigorously defend the constitutionality of the Illinois TRUST Act. Given the importance of the issues presented, and the complexity of the various legal arguments necessary to refute the United States' allegations, the State of Illinois and Governor Pritzker respectfully believe that the Court will benefit from a 25-page memorandum in support of their motion to dismiss. Although the State of Illinois and Governor Pritzker have endeavored to be as concise as possible in formulating their arguments for dismissal, a 25-page memorandum will ensure that they can present all pertinent information and authority in a manner that is appropriate given the significance of this case and useful to the Court in resolving their motion.

7. On February 24, 2025, counsel for the State of Illinois and Governor Pritzker spoke with counsel of record for the United States regarding the subject matter of this motion. The United States does not oppose this motion.

WHEREFORE, for these reasons, Defendants State of Illinois and JB Pritzker, in his official capacity as Governor of Illinois, respectfully move the Court for leave to file a 25-page memorandum in support of their motion to dismiss the complaint.

Dated: February 24, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Darren Kinkead　　　　　　　
　　　　　　　　　　　　　　　　　　Christopher G. Wells
　　　　　　　　　　　　　　　　　　Alex Hemmer
　　　　　　　　　　　　　　　　　　Darren Kinkead
　　　　　　　　　　　　　　　　　　Alexandra Reed
　　　　　　　　　　　　　　　　　　Office of the Attorney General of Illinois
　　　　　　　　　　　　　　　　　　115 South LaSalle Street
　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　(773) 590-6967
　　　　　　　　　　　　　　　　　　Darren.Kinkead@ilag.gov