# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−01285

                                                                 Honorable Lindsay C. Jenkins

State of Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The motion by the State of Illinois for excess pages [18] is granted. Any motion the State intends to file should, if possible, include an agreed proposed briefing schedule consistent with the Court's standing order. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.