UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF ILLINOIS, et al.,<br><br>　　　Defendants. | Case No. 25-cv-1285<br>Judge Lindsay C. Jenkins |

**JOINT MOTION TO ADOPT PROPOSED BRIEFING SCHEDULE
FOR DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS AND
FOR LEAVE TO FILE OVERSIZE BRIEFS**

All parties in this action, by and through their counsel, bring this joint motion seeking the Court's approval and adoption of a proposed briefing schedule ("Motion") on the defendants' forthcoming motions to dismiss. In support of this Motion, the parties state as follows:

1. On February 6, 2025, the United States filed a three-count complaint against the State of Illinois, the City of Chicago, and Cook County, as well as officials from each of those entities (collectively, "Defendants"), seeking to invalidate certain state laws and local ordinances based on alleged preemption by federal immigration laws (Count I), discrimination against the federal government (Count II), and unlawful regulation of the federal government (Count III).

2. The State of Illinois and the Governor of Illinois, JB Pritzker, sued in his official capacity (collectively, "State Defendants"), are represented by undersigned counsel from the Office of the Illinois Attorney General. The City of Chicago, the Mayor of Chicago, Brandon Johnson, sued in his official capacity, and the Superintendent of the Chicago Police Department, Larry Snelling, sued in his official capacity (collectively, "City Defendants"), are represented by undersigned counsel from the City of Chicago's Department of Law. Cook County, the Cook

1

County Board of Commissioners, the President of the Cook County Board of Commissioners, Toni Preckwinkle, sued in her official capacity, and the Cook County Sheriff, Thomas J. Dart, sued in his official capacity (collectively, "County Defendants"), are represented by undersigned counsel from the Cook County State's Attorney's Office.

3. On February 27, 2025, counsel for the State Defendants, the City Defendants, and the County Defendants conferred with counsel for the United States, Ms. Neylan, regarding their intent to file motions to dismiss the complaint under Federal Rule of Civil Procedure 12(b). Each group of defendants (State, City, County) anticipates filing a motion, for a total of three such motions.

4. In anticipation of the forthcoming motions to dismiss, and in accordance with the Court's order (ECF 19), the parties conferred and came to agreement regarding a proposed briefing schedule, subject to the Court's approval. Pursuant to that agreement, the parties propose the following briefing schedule and request that the Court issue an order adopting it:

    a. <u>Rule 12(b) Motion Deadline</u>: Defendants shall have up to and including Tuesday, March 4, 2025, to file any motion(s) under Rule 12(b) and supporting memorandums.

    b. <u>Plaintiff's Deadline to Respond to Defendants' Rule 12(b) Motions</u>: The United States, as Plaintiff, shall have up to and including Tuesday, April 1, 2025, to respond to any Rule 12(b) motion(s) filed by Defendants.

    c. <u>Defendants' Deadline to Reply</u>: Defendants shall have up to and including Tuesday, April 29, 2025, to file their respective replies in support of any Rule 12(b) motion(s).

5. Each group of defendants (State, City, County) anticipates filing a 25-page memorandum in support of their separate motions to dismiss. The Court previously granted the State Defendants' request for leave to file a 25-page memorandum in support of their motion to dismiss (ECF 19). In this Motion, the City Defendants and County Defendants respectfully seek leave to file their own 25-page memorandums in support of their separate motions to dismiss. The United States does not oppose the City Defendants' and County Defendants' respective requests.[1] Defendants appreciate the professional courtesy provided by counsel for the United States regarding these requests and have indicated their willingness to provide reciprocal courtesy. The United States anticipates seeking additional pages for its briefs in response to Defendants' Rule 12(b) motions.

WHEREFORE, the parties request that the Court grant this Motion and adopt their proposed briefing schedule allowing up to and including: March 4, 2025 for Rule 12(b) motions and supporting memorandums by Defendants, with each group of Defendants (State, City, County) having a total of 25 pages for their respective memorandums; April 1, 2025, for Plaintiff's response to such motions; and April 29, 2025, for Defendants' replies.

Date: February 28, 2025

Respectfully submitted,

KWAME RAOUL
*Illinois Attorney General*

By: /s/Christopher G. Wells          By: /s/Elisabeth Neylan

---

[1] The United States notes that, when it agreed to the County's request for additional pages, counsel understood that the County Defendants, who are represented by the same counsel, would file a consolidated brief like the other Defendants, not multiple briefs as the County's counsel since has explained.

| | |
|---|---|
| Christopher G. Wells<br>*Chief of the Public Interest Division*<br>Darren Kinkead<br>*Public Interest Counsel*<br>Alex Hemmer<br>*Deputy Solicitor General*<br>Alexandra Reed<br>*Assistant Attorney General*<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, Illinois 60601<br><br>*Counsel for the State of Illinois and Governor JB Pritzker* | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>AUGUST FLENTJE<br>Deputy Director<br>EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS<br>Director<br>JACQUELINE COLEMAN SNEAD<br>Assistant Director<br>ELISABETH NEYLAN<br>Trial Attorney<br>Federal Programs Branch<br><br>*Attorneys for the United States* |
| MARY B. RICHARDSON-LOWRY<br>*Corporation Counsel of<br>the City of Chicago* | EILEEN O'NEILL BURKE<br>*Cook County State's Attorney* |
| By: /s/Andrew W. Worseck<br>Andrew W. Worseck<br>Ellen W. McLaughlin<br>Amie L. Medley<br>Emily A. Vernon<br>City of Chicago, Department of Law<br>2 N. LaSalle St.<br>Chicago, Illinois 60602<br><br>*Counsel for the City of Chicago,<br>Mayor Brandon Johnson, and<br>CPD Superintendent Larry Snelling* | By: /s/Jessica M. Scheller<br>Jessica M. Scheller<br>Prathima Yeddanapudi<br>Jonathon D. Byrer<br>Megan M. Honingford<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602<br><br>*Counsel for Cook County, the Cook County Board of Commissioners, Cook County Board President Toni Preckwinkle, and Cook County Sheriff Thomas J. Dart* |

4