# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                              Plaintiff,

v.                                                                Case No.: 1:25−cv−01285

                                                                          Honorable Lindsay C. Jenkins

State of Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for an extension and for excess pages [20] is granted. The Court imposes the following agreed briefing schedule on the motions to dismiss: The State, City, and County Defendants each have until March 4, 2025 to file any Rule 12(b) motion. The government's response is due by April 1, 2025; any replies are due by April 29, 2025. Opening motions by any Defendant may not exceed 25 pages. The government should request an appropriate page extension after the dismissal motions are filed. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.