## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. State of Illinois, et al.

Case Number: 25-cv-01285

An appearance is hereby filed by the undersigned as attorney for:
Defendant Cook County

Attorney name (type or print): Edward M. Brener

Firm: Cook County State's Attorney's Office - Civil Actions Bureau - Advice, Transactions, and Complex Litigation Section

Street address: 500 Richard J. Daley Center, 50 W. Washington Street, Room 500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6305532
(See item 3 in instructions)

Telephone Number: (312) 603-5971

Email Address: edward.brener@cookcountysao.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 4, 2025

Attorney signature: S/ Edward M. Brener
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015