**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STATE OF ILLINOIS, *et al.,*

      Defendants.

No. 25-cv-01285

Hon. Lindsay C. Jenkins

**MOTION TO DISMISS FILED BY COOK COUNTY
PURSUANT TO FED. R. CIV. P. 12(B)(1) & (B)(6)**

Defendant Cook County hereby moves, pursuant Fed. R. Civ. P. 12(b)(1), to dismiss the United States' claims against Cook County for lack of Article III jurisdiction. In the alternative, Cook County moves pursuant to Rule 12(b)(6) to dismiss the Complaint, with prejudice, for failure to state a claim. In support thereof, Defendant states:

1. Plaintiff the United States brings this action seeking to invalidate and enjoin Cook County Ordinance 46-37 ("the Ordinance") which prohibits County law enforcement from expending resources for purposes solely relating to the enforcement of federal immigration law without full reimbursement. Doc. 1 at 1¶3.

2. The United States' claim should be dismissed under rule 12(b)(1) because it fails to establish Article III jurisdiction over its claims against the County when it has not plausibly alleged that it faces an actual and imminent injury traceable to the enforcement of the Ordinance that would likely be redressed by a favorable decision.

3. The United States fails to state a claim under rule 12(b)(6) for three reasons. First, a plain reading of the federal statutes the United States cites shows they do not preempt the Ordinance under any theory of preemption. Second, a finding that the federal statutes

1

preempt the Ordinance would violate the anti-commandeering doctrine. Third, the United States fails to allege how the Ordinance discriminates against the federal government or how it regulates the federal government as it is directed at the actions of County personnel.

4.    The United States' complaint should be dismissed with prejudice because amendment would be futile under controlling precedent.

WHEREFORE, Defendant Cook County, for the reasons stated herein and in its memorandum in support of this motion, respectfully requests this Court dismiss the United States' claims against it for lack of jurisdiction.

Respectfully submitted,

Dated March 4, 2025

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By s/ *Jessica M. Scheller*

Silvia Mercado Masters
Edward M. Brener
Jessica L. Wasserman
Assistant State's Attorneys
Civil Actions Bureau
500 W. Richard J. Daley Center
Chicago, IL 60602
(312) 603-6934

Jessica M. Scheller
Deputy Chief, Civil Actions Bureau
Prathima Yeddanapudi
Jonathon Byrer
Megan Honingford
Assistant State's Attorneys
Jessica.Scheller@cookcountysao.org
Prathima.Yeddanapudi@cookcountysao.org