IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 25-cv-01285 |
| v. | Hon. Lindsay C. Jenkins |
| STATE OF ILLINOIS, *et al.,* | |
| Defendants. | |

**MOTION TO DISMISS FILED BY COOK COUNTY BOARD OF COMMISSIONERS AND COOK COUNTY BOARD PRESIDENT TONI PRECKWINKLE PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Defendants, the Cook County Board of Commissioners and Cook County Board President Toni Preckwinkle, in her official capacity, move pursuant to Fed. Rule Civ. P. 12(b)(1) and 12(b)(6) to dismiss the United States' claims against them, with prejudice, and in support thereof state as follows:

1. Plaintiff the United States brings this action against the County of Cook itself, as well as the County's Board of Commissioners ("the Board") and the President of the Board of Commissioners Toni Preckwinkle ("President Preckwinkle"), seeking to enjoin an ordinance enacted by the Board. Doc. 1 at 1¶3.

2. The United States' complaint must be dismissed as to the Board first because the Board is not a suable entity under the law. *Ryder v. Cook Cnty. Dep't of Pub. Health*, No. 22 C 626, 2023 U.S. Dist. LEXIS 56436, *7 (N.D. Ill. Mar. 31, 2023) (Tharp, J.). Second, the United States' only allegation of wrongdoing against the Board is its enactment of the subject ordinance, an action that is immune from suit.

3. Similarly, the United States's alleges no wrongdoing by President Preckwinkle. Her presence as a defendant is redundant when Cook County is also a defendant and a lawsuit

against an entity's official in their official capacity is treated as a suit against the entity itself.

4. The Board and President Preckwinkle join in the additional arguments raised by the County in its motion to dismiss pursuant to 12(b)(1) and 12(b)(6).

WHEREFORE, Defendant Cook County Board of Commissioners and Defendant Toni Preckwinkle, in her official capacity as President of the Cook County Board of Commissioners, for the reasons stated herein and in their memorandum in support of this motion, respectfully requests this Court dismiss the United States' claims against them with prejudice.

Respectfully submitted,

Dated March 4, 2025

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By *s/ Jessica M. Scheller*

| | |
|---|---|
| Silvia Mercado Masters | Jessica M. Scheller |
| Edward M. Brener | Deputy Chief; Civil Actions Bureau |
| Jessica L. Wasserman | Prathima Yeddanapudi |
| Assistant State's Attorneys | Chief; Advice, Business & Complex |
| Civil Actions Bureau | Litigation Division |
| 500 W. Richard J. Daley Center | Jonathon Byrer |
| Chicago, IL 60602 | Supervisor, Appeals & Special Projects |
| (312) 603-6934 | Megan Honingford |
| (312) 603-5463 | Assistant State's Attorneys |
| | Jessica.Scheller@cookcountysao.org |
| | Prathima.Yeddanapudi@cookcountysao.org |