IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>        *Defendants*. | Case No. 1:25-cv-1285<br><br>Hon. Lindsay C. Jenkins |

**CITY OF CHICAGO, BRANDON JOHNSON, AND LARRY SNELLING'S
LOCAL RULE 24.1 NOTICE OF CLAIMS OF UNCONSTITUTIONALITY**

Pursuant to Local Rule 24.1, which requires prompt written notice when a litigant "rais[es] a question of the constitutionality of an Act of Congress affecting the public interest," Defendants City of Chicago, Brandon Johnson, and Larry Snelling inform the Court that their concurrently filed motion to dismiss the Complaint challenges the constitutionality of 8 U.S.C. §§ 1373 and 1644.

Dated: March 4, 2025

                                      Respectfully submitted,

                                      MARY B. RICHARDSON-LOWRY
                                      Corporation Counsel of the City of Chicago

                                      */s/ Andrew Worseck*
                                       Deputy Corporation Counsel

ANDREW W. WORSECK
andrew.worseck@cityofchicago.org
ELLEN W. MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
AMIE L. MEDLEY
amie.medley@cityofchicago.org
EMILY A. VERNON
emily.vernon@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
2 N. LaSalle St., Ste. 520
Chicago, IL 60602
(312) 744-7129

*Attorneys for Defendants City of Chicago,
 Brandon Johnson, and Larry Snelling*