IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. STATE OF ILLINOIS, et al., *Defendants*. | Case No. 1: 25-cv-1285 Judge Lindsay C. Jenkins |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

The State of Ohio, on behalf of itself and other Amici States, respectfully requests leave to file an amicus brief in support of the United States in this matter. The border crisis is a national problem that affects Amici States and their citizens. Amici States thus have a strong interest in the ability of the federal government to enforce federal immigration laws. As States that have both a vested interest in preserving State sovereignty to legislate within constitutional bounds and in benefiting from robust enforcement of federal immigration laws, Amici will offer a unique perspective and arguments that they do not anticipate the parties raising.

Amici States further request leave to file a brief of no more than 20 pages, which is less than the length of the party briefs filed in this matter. Feb. 28, 2025 minute entry, Dkt. 21. This case involves 10 parties, multiple federal, state, and local laws, and implicates significant constitutional questions bearing on an issue of grave national concern and debate. Amici believe the additional pages are necessary to fully and fairly develop arguments and supporting authority in briefing to this Court.

Amici States propose a filing deadline of April 8, 2025, for their amicus brief. That date is within 7 days of the deadline for the Unites States's opposition briefs and several weeks before the Defendants' reply briefing is due. This follows the Federal Rules of Appellate Procedure, as adopted by the Seventh Circuit, which require that amicus briefs be filed within one week of the filing deadline for the party supported. Fed. R. App. P. 29(a)(6); *see also* Seventh Cir. R. 29. And it offers the practical benefit of allowing the Amici States to consider the arguments raised by the party they support while allowing the Defendants substantial time to consider and reply to Amici's arguments.

The United States consents to this motion. Defendants have not indicated whether they consent.

Dated: March 21, 2025

DAVE YOST
Ohio Attorney General

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER*
Solicitor General
 **Counsel of Record*
Katie Rose Talley
Deputy Solicitor General
30 East Broad Street, 17th Floor
Phone: 6l4-466-8980
Fax: 614-466-5087
thomas.gaiser@ohioago.gov

*Counsel for the State of Ohio*

## CERTIFICATE OF SERVICE

 I hereby certify that on March 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 */s/ T. Elliot Gaiser*
T. ELLIOT GAISER
Solicitor General