**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: United States v. Illinois      Case Number: 1:25-cv-1285

An appearance is hereby filed by the undersigned as attorney for:
Amici Curiae ACLU of Illinois, et al.

Attorney name (type or print): Michelle Teresa Garcia

Firm: Roger Baldwin Foundation of ACLU, Inc.

Street address: 150 N. Michigan Suite 600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6278918
(See item 3 in instructions)

Telephone Number: 312-201-9740

Email Address: mgarcia@aclu-il.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☐ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 25, 2025

Attorney signature:    S/ Michelle Teresa Garcia
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023