IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.25-cv-1285 |
| | ) Judge Lindsay C. Jenkins |
| STATE OF ILLINOIS, et al., | ) |
| Defendants. | ) |

**MOTION OF ACLU OF ILLINOIS, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, MUJERES LATINAS EN ACCIÓN, AND NATIONAL IMMIGRANT JUSTICE CENTER FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

*Amici curiae* ACLU of Illinois (ACLU-IL), Illinois Coalition for Immigrant and Refugee Rights (ICIRR), Mujeres Latinas en Acción (Mujeres) and National Immigrant Justice Center (NIJC) request leave to file the brief attached as Exhibit A in support of Defendants' motions to dismiss. Dkts. 24, 27, and 29. In support of this motion, *amici* state:

1. *Amici* are immigrant community organizations and their advocates who have seen first hand the effects of immigration enforcement on individuals, families, and communities.

2. The ACLU-IL is a state affiliate of the American Civil Liberties Union, and a statewide, nonprofit, nonpartisan organization with more than 50,000 members across Illinois. The ACLU-IL is dedicated to protecting the principles embodied in the U.S. Constitution, Illinois Constitution, and civil rights statutes through litigation, advocacy, and public education. The ACLU-IL has long advocated for the constitutional and civil rights of immigrants through know-your-rights presentations and other public education, legislative advocacy, and litigation – both as direct counsel and amicus.

3. ICIRR is the state's largest multiethnic immigrant advocacy organization. ICIRR is dedicated to promoting the rights of immigrants and refugees to full and equal participation in the civic, cultural, social, and political life of our diverse society. ICIRR has advocated on the local, state, and federal level for legislative and administrative policies that uphold the dignity of immigrants and their ability to safe, secure lives in their new home country. The policies have included promotion of US citizenship, access to student assistance, driver's licenses, and health care, and protection against harmful detention and family separation, including the Chicago Welcoming City Ordinance, Cook County Detainer Ordinance, Illinois TRUST Act, and Illinois Way Forward Act.

4. Mujeres, founded in 1973, is the nation's oldest Latina-led organization. Mujeres empowers Latinas and their families by providing various bilingual support services and leadership development programs. Each year, the organization serves nearly 2,000 community members, including immigrants, with domestic violence and sexual abuse support services and leadership programming. Mujeres believes that systems of oppression can be challenged through community engagement and collective leadership, and that the voices of those most impacted by discrimination must remain at the forefront.

5. NIJC is a national nonprofit organization with its headquarters in Chicago, Illinois. NIJC provides legal services to immigrants, refugees, and asylum seekers, reaching more than 10,000 individuals annually. NIJC draws on this experience providing consultations and direct legal representation to inform its efforts to educate the public and advocate for immigration policies that promote a fair immigration system. NIJC focuses on transparency and accountability within the immigration system and strives to ensure that immigration enforcement is carried out in accordance with the constitution and the statutory system that Congress created.

6. *Amici*'s proposed brief concerns matters not covered in Defendants' briefs: the motivations for the sanctuary policies[1] challenged in this case and the policies' impact on Chicago, Cook County, and Illinois. Specifically, the brief describes how the sanctuary policies protect public safety, promote law enforcement agencies' compliance with the Constitution and state law, and strengthen the economy.

7. The purposes and effects of the sanctuary policies are relevant because Plaintiff has accused Defendants of enacting the policies in order to thwart federal immigration enforcement and has claimed that the policies are dangerous. Dkt. 1, ¶¶ 2-3, 6-7, 11, 74-75.

8. Further, the purposes and effects of the sanctuary policies support Defendants' argument that the policies are a valid exercise of the broad "police powers" they retain under the United States Constitution. Dkt. 25 at 7; Dkt. 35 at 7-8.

9. *Amici* respectfully suggest that their proposed brief will assist this Court in ruling on the Defendants' motions to dismiss.

10. All Defendants consent to the filing of the proposed brief. Plaintiff United States does not consent.

11. For the foregoing reasons, *Amici* respectfully request that the Court grant their motion to file the attached brief *amici curiae*.

---

[1] The Illinois TRUST Act, 5 ILCS 805/1 *et seq.*, Cook County Municipal Code Sec. 46-37, and the Chicago Welcoming City Ordinance, Chicago Municipal Code Ch. 2-173.

Dated: March 24, 2025          Respectfully submitted,

/s/ Rebecca K. Glenberg

Rebecca K. Glenberg
Michelle Teresa Garcia
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan Ave, Suite 600
Chicago, IL 60601
Tel.: 312-201-9740
Fax: 312-201-9760
rglenberg@aclu-il.org
mgarcia@aclu-il.org

Mark Fleming
Keren Zwick
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Tel.: 312-660-1628
Fax: 312-660-1505
mfleming@immigrantjustice.org
kzwick@immigrantjustice.org