IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>    Defendants. | Case No. 1:25-cv-1285-LCJ |

**PLAINTIFF'S PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND IN SUPPORT OF ITS ANTICIPATED CROSS-MOTION FOR SUMMARY JUDGMENT AND TO SET A BRIEFING SCHEDULE FOR THE <u>SUMMARY JUDGMENT MOTION</u>**

    Plaintiff United States of America, by and through undersigned counsel, brings this motion seeking the Court's leave to file a consolidated, oversized memorandum in opposition to Defendants' motions to dismiss and in support of Plaintiff's anticipated cross-motion for summary judgment. The United States also respectfully requests that the Court adopt its proposed briefing

1

schedule in connection with its cross-motion for summary judgment. In support of this motion, Plaintiff states as follows:

1. On February 6, 2025, the United States filed a three-count complaint against the State of Illinois, the City of Chicago, Cook County, and several individual officers sued in their official capacities ("Defendants") alleging that certain laws in force in those jurisdictions ("Sanctuary Policies") violate the Supremacy Clause of the United States Constitution. *See* ECF No. 1.

2. On February 24, 2025, Defendants State of Illinois and JB Pritzker moved unopposed for leave to file a 25-page memorandum in support of their motion to dismiss the complaint, which this Court granted on February 25, 2025. *See* ECF Nos. 18, 19.

3. On February 25, 2025, all parties in this action filed a joint motion seeking the Court's adoption of a proposed briefing schedule for Defendants' motions to dismiss, in which City and County Defendants also sought leave to file their own 25-page memoranda. The Court granted the motion, indicating that Plaintiff should request an appropriate page extension after the dismissal motions were filed. *See* ECF Nos. 20–21.

4. On March 4, 2025, Defendants filed their 12(b) motions to dismiss and collectively filed five memoranda in support of those motions, totaling seventy-nine pages of briefing. *See* ECF Nos. 24–35.

5. According to the briefing schedule adopted by the Court, ECF No. 21, Plaintiff's response to Defendants' 12(b) motions is due by April 1, 2025. The United States also anticipates filing a cross-motion for summary judgment that day.

6. Local Rule 7.1 provides: "Neither a motion nor brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master, shall exceed 15 pages without prior approval of the court."

7. The United States seeks leave to file one consolidated memorandum in opposition to all of Defendants' motions to dismiss and in support of its cross-motion for summary judgment. Given the substantial overlap between the issues and arguments presented in Defendants' motions, a single brief responding to those motions and presenting the United States' arguments in support of summary judgment would avoid redundant or duplicative filings.

8. Accordingly, the United States requests no more than forty-five pages for its consolidated memorandum.

9. On March 27, 2025, counsel of record for the United States conferred with counsel for Defendants regarding Plaintiff's anticipated summary judgment motion and intent to file one consolidated, oversized memorandum.

10. Defendants do not oppose the United States' request to file one consolidated memorandum in opposition to Defendants' motions to dismiss that is no more than forty-five pages.[1]

11. However, Defendants oppose the United States' filing of one brief that is both in opposition to their motions to dismiss and in support of its cross-motion for summary judgment.

12. The parties were unable to agree to a briefing schedule on Plaintiff's cross-motion for summary judgment.

13. The United States respectfully requests that the Court set a briefing schedule for its motion for summary judgment typical for "a case of ordinary complexity."[2] Under that timeline, Defendants would have four weeks to respond, and Plaintiff would have two weeks to reply. The corresponding dates are set out below:

---

[1] The United States appreciates the professional courtesy provided by counsel for Defendants regarding its request for excess pages and has indicated its willingness to provide reciprocal courtesy. Defendants anticipate seeking additional pages for their replies.
[2] *See* Judge Lindsay C. Jenkins, *Case Procedures*, *Briefing Schedules*, https://www.ilnd.uscourts.gov/judge-info.aspx?efBFowZHW7DCEuMxR9nMcQ==.

| Plaintiff's Cross-Motion for Summary Judgment | April 1, 2025 |
|---|---|
| Defendants' Response to Plaintiff's Cross-Motion for Summary Judgment | April 29, 2025 |
| Plaintiff's Reply in Support of its Cross-Motion for Summary Judgment | May 13, 2025 |

Under this timeline, briefing on Defendants' motions to dismiss and the United States' cross-motion for summary judgment would be completed by May 13, 2025.

14. To avoid the need for a separate filing in response to this motion, counsel for Defendants requested that the United States add the following: Defendants request that the Court provide them one week after the United States files its motion to notify the Court regarding their position as to whether the United States' motion should be briefed at this time and, if so, what the proposed schedule should be.

WHEREFORE, for these reasons, Plaintiff respectfully asks the Court to grant Plaintiff's leave to file a consolidated memorandum of not more than forty-five pages in opposition to Defendants' motions to dismiss and in support of its cross-motion for summary judgment, and to adopt its proposed briefing schedule.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

CRISTEN C. HANDLEY
ELISABETH NEYLAN

4

Trial Attorneys
Federal Programs Branch

*Attorneys for the United States*