IN THE
UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.25-cv-1285 |
| v. | ) Judge Lindsay C. Jenkins |
| | ) |
| STATE OF ILLINOIS, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE AN** *AMICI CURIAE* **BRIEF ON BEHALF OF BRIGHTON PARK NEIGHBORHOOD COUNCIL, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, ORGANIZED COMMUNITIES AGAINST DEPORTATIONS AND RAISE THE FLOOR ALLIANCE**

Through this lawsuit, the United States Government requests that this Court invalidate laws at the city, county and state level that prevent local law enforcement from engaging in immigration enforcement, referred as Sanctuary Laws. *See* Doc.1 at ¶¶ 75-88. The Local Government Defendants have filed Motions to Dismiss this lawsuit and proposed Amici respectfully request leave to file their attached brief in support of these Motions. *See* Exhibit 1. In their brief, Amici explain various community-wide benefits created by Sanctuary Laws. In further support of this Motion, Amici state:

1) Counsel for Amici conferred with each Party regarding this Motion: the U.S. Government Plaintiff does not object. Defendant Cook County consents. Defendant State of Illinois takes no position. Defendant City of Chicago

2) Amici are all Illinois-based organizations that provide advocacy and support to Chicago neighborhoods and immigrant communities. They are also leaders in the national Sanctuary City Movement, which advocates for a constellation of policies and support aimed at creating vibrant, welcoming communities where immigrants and all people can thrive. The following organizations seek to file this amicus curiae brief:

1

a. Brighton Park Neighborhood Council is a community-based, nonprofit organization serving a working-class neighborhood on Chicago's Southwest Side. BPNC's mission is to create a safer community, improve the learning environment at public schools, preserve affordable housing, provide a voice for youth, protect immigrant rights, promote gender equality, and end all forms of violence, including police violence.

b. Illinois Coalition for Immigrant and Refugee Rights is a non-profit organization based in Chicago, Illinois. ICIRR promotes the rights of immigrants and refugees to full and equal participation in civic, cultural, social, and political life in Illinois and beyond. ICIRR has nearly 100 member organizations throughout Illinois. Member organizations include community health centers, health and nutrition programs, social service providers, neighborhood associations, and other organizations that work to ensure immigrants receive the support they need for their families to be successful.

c. Organized Communities Against Deportations is an undocumented-led group that organizes against deportations, detention, criminalization, and incarceration, of Black, brown, and immigrant communities in Chicago and surrounding areas. Through grassroots organizing, legal and policy work, and cross-movement building, OCAD aims to defend its communities, challenge the institutions that target and dehumanize its communities, and build collective power.

d. Raise the Floor Alliance is a coalition of community-based worker centers who build power in low-wage industries, predominantly among non-union workers. RTF's efforts are focused on industries with high rates of immigrant and

undocumented populations–domestic work and cleaning, day labor, temporary staffing, warehouses, restaurants, and food production.

2. The federal government seeks an order from this Court that would allow it to commandeer local law enforcement and require local police to enforce federal immigration law. *See* Doc. 1 at 75-88. Amici's proposed brief describes the practical outcomes of the federal government's requests. Specifically, the brief describes how if the federal government prevails, Illinois' communities will face devastating consequences. Amici rely on social science research and first-person accounts from immigrants, undocumented people and their families to detail how Sanctuary Policies protect public health, support public education, invigorate local economies and help ensure accountability for abusive employers. Amici further argue that, "given the demonstrable, community-wide benefits directly attributable to Sanctuary protections, the federal governments' request to outlaw sanctuary protections is not grounded in any legitimate governmental interest. Instead, it is animated by President Trump's long standing and well-documented animus towards immigrants." *See* Ex 1 at 2.

3. Amici respectfully submit that their brief will assist the Court in its deliberation. The local government Defendants' briefs rightly focus on the obvious legal arguments that should defeat the federal government's claims. No briefs submitted by the Defendants or any other amicus focus on the specific community-wide benefits resulting from Sanctuary Policies highlighted by these Amici. Nor do any other briefs center the experiences of those who would be most directly affected by the relief sought by the federal government: immigrants, people who are undocumented and those living in mixed status families.[1]

---

[1] FAQ: The Affordable Care Act & Mixed-Status Families, NAT'L IMMIGR. L. CTR. (May 1, 2024)("A "mixed-status family" is a family whose members include people with different immigration statuses. One example of a mixed-status family is one in which the parents are undocumented and the children are U.S.-born citizens.").

5. For the reasons stated more fully above, amici respectfully request that this Court grant their Motion for Leave to File the attached Amici Curiae Brief.

Dated: March 28, 2025                  Respectfully Submitted:

/s/ Sheila A. Bedi
Sheila A. Bedi
Eliana Green
Wallace Hilke
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave.,
8th Floor Chicago, IL 60611
Phone: 312-503-2492
Sheila.bedi@law.northwestern.edu
eliana.green@law.northwestern.edu

Sejal Zota
Dinesh McCoy
Daniel Werner
Just Futures Law
1629 K Street N.W., Suite 300
Washington, DC 20006
Phone: (617) 812-2822
sejal@justfutureslaw.org
dinesh@justfutureslaw.org
daniel@justfutureslaw.org

Daniel Massoglia
MK Law, LLC
2020 Janice Avenue
Melrose Park, IL 60160
P: 312 545 8660
E: dm@mklawchicago.com