# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                       Plaintiff,

v.

                                              Case No.: 1:25–cv–01285

State of Illinois, et al.                              Honorable Lindsay C. Jenkins

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for leave [46] is partly granted. The United States' forthcoming consolidated brief in response to the motions to dismiss may not exceed 45 pages. Defendants' replies remain due by April 29, 2025. The United States also anticipates filing a motion for summary judgment, but Defendants oppose this approach and have asked for an opportunity to explain their reasons. Any response from Defendants (ideally in a single consolidated filing representing all views) is due by April 4, 2025, and that filing should include an alternative briefing schedule to the one the United States has proposed. For now, no summary judgment motion should be filed so that the Court can take Defendants' positions into account and set the appropriate schedule thereafter. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.