# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                                          Plaintiff,

v.                                                                 Case No.: 1:25−cv−01285
                                                                                       Honorable Lindsay C. Jenkins

State of Illinois, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions for leave to file an amici curiae brief [41] [44] [45] are all granted. Any amici briefs by the moving entities are due no later than April 8, 2025. Those amici who attached their proposed briefs to their motions should file their briefs as a freestanding docket entry no later than April 8, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.