# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>  Defendants. | Case No. 1:25-cv-1285-LCJ |

**NOTICE OF INTENT TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO FILE A CONSOLIDATED MEMORANDUM AND TO SET A BRIEFING SCHEDULE FOR ITS ANTICIPATED CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT Plaintiff United States of America, by and through undersigned counsel, hereby notifies the Court of its intent to file a reply in support of its motion to file a consolidated memorandum and to set a briefing schedule for its anticipated cross-motion for summary judgment, ECF No. 45. The United States will file its reply by Tuesday, April 8, 2025, or by another deadline imposed by this Court.

Dated: April 7, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

CRISTEN C. HANDLEY
ELISABETH J. NEYLAN
Trial Attorneys
Federal Programs Branch

*Attorneys for the United States*