IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>    Defendants. | Case No. 1:25-cv-1285<br><br>Judge Lindsay C. Jenkins |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff United States of America, by and through undersigned counsel, moves the Court to enter summary judgment in its favor under Federal Rule of Civil Procedure 56 and Local Rule 56.1 for the reasons explained in the attached memorandum of points and authorities.[1]

---

[1] The United States previously proposed a briefing schedule in connection with its motion for summary judgment, *see* ECF Nos. 45, 56. But in light of Defendants' objection to this motion, this Court ruled that it will not set a briefing schedule at this time. ECF No. 57. Instead, Defendants will have one week from the date of this filing to advise the Court of their position on a briefing schedule and discovery. *Id.*

<div style="display: flex; justify-content: space-between;">

Dated: April 14, 2025

Respectfully submitted,

</div>

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

*/s/ Elisabeth J. Neylan*
ELISABETH J. NEYLAN (N.Y. Bar Reg. No. 6125736)
CRISTEN C. HANDLEY (Mo. Bar No. 69114)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-3519
Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for the United States*