IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>*Defendants*. | Case No. 1:25-cv-1285<br><br>Hon. Lindsay C. Jenkins |

## MOTION TO WITHDRAW APPEARANCE FOR KATHERINE ROSE LAMB AS ATTORNEY FOR DEFENDANTS

Pursuant to Local Rule 83.17, Defendants City of Chicago, Brandon Johnson, and Larry Snelling respectfully move this Court to grant leave for Katherine Rose Lamb to withdraw her appearance as an attorney of record in this matter. In support of this motion, these Defendants state as follows:

1. After July 1, 2025, Katherine Rose Lamb will no longer be working in the City of Chicago Department of Law. As a result, Ms. Lamb will no longer be involved in the representation of the City in this matter.

2. Andrew W. Worseck, Ellen W. McLaughlin, Amie L. Medley, and Emily A. Vernon from the City's Department of Law will continue to represent Defendants City of Chicago, Brandon Johnson, and Larry Snelling in this case, and thus no substitution of counsel is

necessary. Additional attorneys may also file appearances on behalf of these Defendants as necessary.

Dated: July 1, 2025

ANDREW W. WORSECK
andrew.worseck@cityofchicago.org
ELLEN W. MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
AMIE L. MEDLEY
amie.medley@cityofchicago.org
EMILY A. VERNON
emily.vernon@cityofchicago.org
KATHERINE ROSE LAMB
katherine.lamb@cityofchicago.org
City of Chicago, Department of Law
2 North Lasalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-7129

*Attorneys for Defendants City of Chicago, Brandon Johnson, and Larry Snelling*

Respectfully submitted,

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for
  the City of Chicago

By:  */s/ Katherine Rose Lamb*
     Katherine Rose Lamb
     Assistant Corporation Counsel
     City of Chicago Department of Law