**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States of America
                                  Plaintiff,

v.                                          Case No.: 1:25−cv−01285
                                                          Honorable Lindsay C. Jenkins

State of Illinois, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants State of Illinois, Governor J.B. Pritzker, Cook County Board of Commissioners, and City of Chicago's motions to dismiss for failure to state a claim under Rule 12(b)(6) [[24], [29], [33]] are granted. Sheriff Thomas Dart's motion to dismiss for failure to state a claim under Rule 12(b)(6) and on standing grounds under Rule 12(b)(1) [31] is also granted. Defendant Cook County's motion to dismiss [27] is granted in part and denied in part; it is denied under Rule 12(b)(1) but otherwise granted for failure to state a claim under Rule 12(b)(6). Individual Defendants Governor J.B. Pritzker, Cook County Board of Commissioners President Toni Preckwinkle, Cook County Sheriff Thomas Dart, Larry Snelling, and Brandon Johnson are each dismissed from the case for lack of standing. Defendant Cook County Board of Commissioners is also dismissed because it is not a suable entity separate from Cook County. The complaint is dismissed without prejudice and the motion for summary judgment [Dkt. [58]] is denied as moot. If it wishes to do so, the United States may amend its complaint by August 22, 2025. If no amended pleading is filed by the date the court separately provides, the dismissal will convert to one with prejudice. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.