# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                        Plaintiff,

v.                                              Case No.: 1:25−cv−01285
                                                   Honorable Lindsay C. Jenkins

State of Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: No amended complaint was filed by August 22, 2025, so the prior dismissal is converted to dismissal with prejudice. The clerk shall enter a Rule 58 judgment in favor of Defendants and against Plaintiff. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.