**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br> v.<br><br>STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity,<br><br>     *Defendants*. | Case No. 1:25-cv-1285<br><br>Hon. Lindsay C. Jenkins |

**MOTION TO WITHDRAW APPEARANCE OF
<u>EMILY A. VERNON ON BEHALF OF CITY DEFENDANTS</u>**

  Pursuant to Local Rule 83.17, Defendants City of Chicago, Brandon Johnson, and Larry Snelling (the "City Defendants") respectfully move this Court to grant leave for Emily A. Vernon to withdraw her appearance as an attorney of record in this matter. In support of this Motion, counsel for the City Defendants state as follows:

  1.  Ms. Vernon entered an appearance in this case on February 14, 2025. Dkt. 14.

  2.  After September 30, 2025, Ms. Vernon will no longer be an Assistant Corporation Counsel at the City of Chicago Department of Law.

3. The City Defendants continue to be represented by Andrew W. Worseck, Ellen W. McLaughlin, and Amie L. Medley, who have entered appearances on the City Defendants' behalf. *See* Dkts. 9, 15, 16.

Dated: September 24, 2025

Respectfully submitted,
MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: */s/ Emily A. Vernon*
  Assistant Corporation Counsel

ANDREW W. WORSECK
andrew.worseck@cityofchicago.org
ELLEN W. MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
AMIE L. MEDLEY
amie.medley@cityofchicago.org
EMILY A. VERNON
emily.vernon@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
2 N. LaSalle St., Ste. 520
Chicago, IL 60602
(312) 744-7129

*Attorneys for Defendants City of Chicago,*
  *Brandon Johnson, and Larry Snelling*