# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| STATE OF ILLINOIS; JB PRITZKER, Governor of Illinois, in his Official Capacity; THE CITY OF CHICAGO; BRANDON JOHNSON, Mayor of Chicago, in his Official Capacity; LARRY SNELLING, Chicago Police Superintendent, in his Official Capacity; COOK COUNTY, ILLINOIS; COOK COUNTY BOARD OF COMMISSIONERS; TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her Official Capacity; THOMAS J. DART, Cook County Sheriff, in his Official Capacity, | Case No. 1:25-cv-1285-LCJ<br><br>Judge Lindsay C. Jenkins |
| Defendants. | |

## NOTICE OF APPEAL

Please take notice that Plaintiff United States of America hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's judgment entered August 26, 2025, ECF No. 88, and all prior orders and opinions merged into that judgment, including but not limited to the court's July 25, 2025 memorandum opinion and order, ECF No. 86.

Dated: October 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

JACQUELINE COLEMAN SNEAD
*Assistant Director*
*Federal Programs Branch*

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Plaintiff*